Rodney Coble
1620 Cedar St
Eudora Ks.
66035

**FILED**

**IN THE FEDERAL DISTRICT COURT**
**DISTRICT OF KANSAS**

FEB 06 2025

Clerk, U.S. District Court
By: N. Craig  Deputy Clerk

| | |
|---|---|
| Rodney Coble ] | CASE # 5:25-cv-4011-JWB-ADM |
| Plaintiff ] | Demand For Settlement Hearing |
| Catherine Theisen, ] | |
| BESCO LLC] | |
| Joshua Mathews] | |
| Miss Ex Coble] | |
| The State of Kansas] | |
| The Supreme Court ] | |

## 200- MILLION-DOLLAR LAWSUIT FOR FRAUDULENT CONCEALMENT VIOLATION OF THE TUCKERS ACT 2. 4. C, DUE PROCESS UNDER 42 U.S.C. SEC. 1983, AND CONSPIRACY AGAINST RIGHTS. THIS CLAIM IS ALSO AGAINST THE PROPERTY AT 1211 MASSACHUSETTS LAWRENCE, KANSAS 66044, ATTORNEY JOSHUA MATHEWS B. A. R. CARD

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

The claim is brought forward under Tucker's Act, "Administrative Law," "Law," "Equity," and the Uniform Commercial Code. This claim will address due process violations: The state statutes are invalid because they do not contain enacting clauses, titles, or a body. Divorce is an administrative court process unrelated to the Constitution, violating Mr. Coble's due process. In this case, the marriage has already been dissolved, and the administrative court has no jurisdiction. Mr. Coble's legal team at winincourtnow.com responded to the illegal divorce petition using federal case law and federal acts that block the state bar attorneys from responding on the state level. The certified docket: Exhibit A- will show the divorce case was manufactured after the 3- additional players were sent here from the attorney general's office to obstruct the administration of justice. The certified docket sheet will also show there was NO process of service! Attorney Joshua Mathews lied to the court! Mr. Coble was never served, and when we sued the judge and Mr. Mathews, we added the judge's property to the civil claim after reviewing several Zoom cell phone calls, where attorney Mathews was speaking over the judge to make the

1

point the marriage dissolution Mr. Coble placed in the public is not legal because the judge had not signed it. The audio recording shows that fellow bar members conspired to drag Mr. Coble into an illegal administrative hearing unrelated to the Constitution. This caused the due process violation and the other damage in the claim. The players worked together to deceive Mr. Coble into thinking he was dragged into a judicial hearing when it was administrative and violated Coble's right to due process.

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in action at law, suit in equity, or another proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

## Statement of Jurisdiction:

Tucker Act (28 U.S.C. § 1346) gives concurrent jurisdiction to the **Court of Federal Claims and the District Courts**. The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law.

## The Tuckers Act.

The Tucker Act exposes the government to liability for specific claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including taking claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has **waived** its sovereign immunity concerning lawsuits on 5th Amendment violations of due process. The Tucker Act gives concurrent jurisdiction to the Court of Federal Claims and the District Courts.

## Short And Plain Statement of The Claim

The defendants conspired to get the plaintiff into their administrative court so that all parties were equally liable for the plaintiff's damages. The defendants acted deliberately indifferent to the Constitution's federal laws (the Tucker's Act) and the Administrative Procedures Act of 1946 when they violated the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, by.

a. Forcing the plaintiff into an administrative divorce hearing when the marriage was dissolved months prior.

b. statutes and codes that were not valid laws.

c. Training Its employees to trick state citizens into believing they are in a judicial proceeding when they are in an administrative hearing.

d. The plaintiff was damaged while the defendants were enforcing state and city statutes/rules while acting "under color of law," the unconstitutional policies, procedures, and ordinances were the source of this action.

d. The plaintiff has been damaged and demands that this court grant him just compensation for his injuries or what the court finds fair. The issues are the unlawful traditional day-to-day court process and constitutional training.

## Demand For A Settlement Hearing

The plaintiff's legal team demands that the federal court judge order the defendants to settle at the settlement table to preserve the federal court's financial resources. The legal team reviewed federal court jurisdiction and procedures. Since the federal court judges do not provide facts, findings, and conclusions of law, the federal court process would also operate from the local rules structured by the Supreme Court and not be connected to the Constitution or civil rights laws.

## INTRODUCTION:

Rodney Coble filed his 200-million-dollar lawsuit against the defendants in this dispute. Coble placed his marriage dissolution in the public records and provided Christen Hayes (the cheating wife) with a copy to verify the marriage's dissolution. The defendants violated the Administrative Procedures Act of 1946 and the Tuckers Act by ordering the plaintiff to report to a hearing and be sued in an administrative court not operating by the Constitution or federal law. The defendants violated "The Administrative Procedures Act of 1946 when they forced their unconstitutional policies and procedures on Mr. Coble. The defendants conspired to force Rodney Coble to pay attorney fees and court costs when the alleged marriage was dissolved three months prior by placing a marriage dissolution document in the public record. The marriage was dissolved in the same manner the court would use after depleting the plaintiff's bank account.

### Agency's Customs

The plaintiff will establish the agency's liability upon a showing that the agency's permanent and well-settled practice gave rise to the alleged constitutional violation. See City of St. Louis v. Praprotnik, 485 U.S. 112, 127 (1988); Navarro v. Block, 72 F.3d 712, 714-15 (9th Cir. 1996); Thompson v. City of Los Angeles, 885 F.2d 1439, 1444 (9th Cir. 1989), overruled on other grounds by Bull v. City & County of San Francisco, 595 F.3d 964 (9th Cir. 2010). Once the plaintiff has demonstrated that a custom exists, the plaintiff need not also prove that "official policymakers had actual knowledge of the practice at issue." Navarro, 72 F.3d at 714-15; Thompson, 885 F.2d at 1444.

### Pleading Standard:

No heightened pleading standard exists for the "policy or custom" requirement of demonstrating the agency's liability. See Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit, 507 U.S. 163, 167-68 (1993); see also Empress LLC v. City of San Francisco, 419 F.3d 1052, 1055 (9th Cir. 2005); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1124 (9th Cir. 2002); Lee v. City of Los Angeles, 250 F.3d 668, 679-80 (9th Cir. 2001); Evans v. McKay, 869 F.2d 1341, 1349 (9th Cir. 1989).

### Acting under Color of State Law

A factual determination is whether a person who allegedly caused a constitutional injury was acting under the color of state law. See Brunette v. Humane Soc'y of Ventura County, 294 F.3d 1205, 1209 (9th Cir. 2002); Gritchen v. Collier, 254 F.3d 807, 813 (9th Cir. 2001); Lopez v. Dep't of Health Servs., 939 F.2d 881, 883 (9th Cir. 1991) (per curiam); Howerton v. Gabica, 708 F.2d 380, 383 (9th Cir. 1983). A defendant has acted under color of state law where he or she has "exercised power 'possessed by state law and made possible only because the wrongdoer is clothed with the authority of state law.'" West v. Atkins, 487 U.S. 42, 49 (1988) (quoting United States v. Classic, 313 U.S. 299, 326 (1941)); see also Polk County v. Dodson, 454 U.S. 312, 317-18 (1981); Anderson v. Warner, 451 F.3d 1063, 1068 (9th Cir. 2006); McDade v. West, 223 F.3d 1135, 1139-40 (9th Cir. 2000); Johnson v. Knowles, 113 F.3d 1114, 1117 (9th Cir. 1997); Vang v. Xiong, 944 F.2d 476, 479 (9th Cir. 1991); see also Florer v. Congregation Pidyon Shevuyim, N.A., 639 F.3d 916, 922 (9th Cir. 2011).

"Actions taken according to an agency's rules or policies are made 'under color of state law.'" See Coral Construction Co. v. King County, 941 F.2d 910, 926 (9th Cir. 1991). Even if the deprivation represents an abuse of authority or ]f a government officer does not act within [the] scope of employment or under the color of state law, then that government officer acts as a private citizen." See Van Ort v. Estate of Stanewich, 92 F.3d 831, 835 (9th Cir. 1996) (finding no action under color of state law where a police officer returned to a home where a search had taken place the day before, forced his way in, and tortured the two people residing in the house); see also Gritchen, 254 F.3d at 812-13; Huffman v. County of Los Angeles, 147 F.3d 1054, 1058 (9th Cir. 1998); Johnson, 113 F.3d at 1117-18.

### Affirmative Cause Link

The plaintiff has established an affirmative cause link between the agency's policy or practice and the alleged constitutional violation. See City of Canton, Ohio v. Harris, 489 U.S. 378, 385, 391-92 (1989); Van Ort v. Estate of Stanewich, 92 F.3d 831, 835 (9th Cir. 1996); Oviatt v. Pearce, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

### The Elements of Conspiracy:

a. Two or more people agreed to commit a crime
b. All conspirators had the specific intent to commit the crime
c. At least one of the conspirators committed an overt act (most states)
d. The agreement is meant to achieve an illegal goal
e. All parties alleged to be involved must know about the conspiracy and participate in the conspiracy in some way
f. At least one person involved in the conspiracy must make an overt act in furtherance of the conspiracy

### Scheme to Defraud

The state judge pretends to have you in a judicial court hearing where the Constitution protects you; however, the judge has you in an administrative hearing where the court is not connected to the Constitution. The rules for the administrative hearing are local and not connected to the constitution, whereby you are robbed of due process at the gate. The judge's ruling is not backed by the fact of findings and a conclusion of law, which means one has no appeal opportunity. The

5

defendants conspired to get the plaintiff into their administrative court so all parties are equally liable for the defendant's damages.

### Parties- Corporations

a. The State of Kansas.

b. Catherine Theisen

c. Joushua Mathews

d. BESCO LLC

d. Any other parties you may need to add via supplemental pleading.

### Negligence:

a. The defendants breached the duty of care owed when they proceeded with the court process without an injured party in an administrative court and without verifying the facts asserted in the dispute.

b. The breach of duty caused by the plaintiffs caused Rodney Coble to suffer substantial damages, including past and future legal expenses, past and future economic loss, and past and future noneconomic loss.

c. The defendants acted within the scope of their employment with the state corporation's administrative court process.

d. Under the Tucker Act. The court waives immunity for employees violating the rights of state citizens.

e. Violating the Tucker's Act, also a federal crime, that waives the qualified immunity of the judge

### Claims:

1st Claim- Fraudulent Concealment.

2nd Claim- Violation Of The Tuckers Act.

3rd Claim- Violation of 42 U.S.C. Sec. 1983

4th Claim- Violation of the Administrative Procedures Act. of 1946.

### Damages:

1. The Plaintiff adopts and incorporates by reference, if fully set forth herein, the document.

6

2. As a direct and proximate result of the afore-mentioned acts and omissions of the defendants, the plaintiff is entitled to recover damages.

3. The damages for which the plaintiff seeks compensation from the defendants, both jointly and severally, include, but are not limited to, the following:

a. Physical, mental, and emotional pain and suffering.

b. Compensatory Damages In The Amount of 250k Legal Team Fees.

c. Punitive damages of 200- Million Dollars.

d. All costs, including all discretionary expenses.

e. The Corporate Charter for BESCO LLC.

f. Attorney Joshua's assets, including his home, are included as damages.

f. The property at 1211 Massachusetts St. Lawrence, KS 66044

Mr. Coble will also be suing Joshua Mathews for his bar card.

**WHEREFORE**, Plaintiff Rodney Coble requests the following

a. That the court enter a judgment in favor of Mr. Coble and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages in wire transfer to Coble and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to Coble and against the defendants, jointly and severally, in an amount to determine at trial so that such an award will deter similar wrongful conduct by the defendants in the future.

d. That the court award Mr. Coble, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, including reasonable legal fees, according to 42. U.S.C. Sec. 1988: and

e. The court orders compensatory damages to be paid in half by direct wire transfer to Mr. Coble's bank and half in cash seven days after the judgment.

e. That the court grant Mr. Coble such other equitable relief that the court deems appropriate.

*Rodney Coble*   2-5-25

## CERTIFICATE OF SERVICE

I now certify that on the _____2-5-25, the preceding document was filed in Court, and a copy was served on the parties below.

*[signature]*

Rodney Coble

Rodney Coble
1620 Cedar St.
Eudora, KS. 66025

Mailed to the following:

Joshua T. Mathews

11111 Nall Ave Ste 220,
Leawood, Ks 66211

Christen Hays

11111 Nall Ave Suite 220
Leawood, Ks. 66211

Defendant# 1

Catherine Theisen,

Douglas County District Court, Division 3

111 E. 11th St, Lawrence, KS 66044

BESCO LLC

1211 Mass Lawrence Ks. 66044