

FILED

FEB 06 2025

Clerk, U.S. District Court
By:___N. Coop___Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_Rodney Cobe_

)
)
    Plaintiff(s),        )
                         )
_Joushua Mathew_         )
                         )
@  All                   )
    Defendant(s)  )

Case No. _25-4011_

## DESIGNATION OF PLACE OF TRIAL

## REQUEST FOR TRIAL BY JURY

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,  ☐ Kansas City , or  ☑ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or  ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated:_____
   (Rev. 10/15)